UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHRISTOPHER ROBERT WIGHT,  ) No. 5:24-cv-01561-TJH-JDE
                               )
           Plaintiff,     )
                               ) ORDER AWARDING ATTORNEY
          v.           ) FEES UNDER THE EQUAL
                               ) ACCESS TO JUSTICE ACT,
FRANK BISIGNANO,          ) 28 U.S.C. § 2412(d)
Commissioner of Social Security, )
                               )
          Defendant.    )
                               )

      Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $8,000.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: January 28, 2026 ____

                         _____
                         JOHN D. EARLY
                         United States Magistrate Judge